**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

THOMAS SANDERS,

    Plaintiff,

v.                                          No. CIV 08-895 JB/WPL

JOSEPH WILLIAMS, et al.,

    Defendants.

## **SCHEDULING ORDER**

**THIS MATTER** having come before the Court for an Initial Scheduling Conference and the Court having discussed deadlines with counsel at said hearing orders deadlines as follows:

1. **April 30, 2009:** Deadline for paper discovery regarding issue of exhaustion of administrative remedies;
2. **May 29, 2009:** Deadline for depositions regarding issue of exhaustion of administrative remedies;
3. **June 22, 2009:** Defendants' motion regarding issue of exhaustion of administrative remedies due;
4. **July 9, 2009:** Response to motion regarding issue of exhaustion of administrative remedies due;
5. **July 27, 2009:** Reply regarding motion regarding issue of exhaustion of administrative remedies due;
6. **August 3, 2009 at 9:00 a.m.**: Motion hearing regarding issue of exhaustion of administrative remedies;
7. Deposition discovery on any remaining issues: **60 days** after the issuance of Court's decision on motion regarding exhaustion of administrative remedies;
8. Discovery deadline on any remaining issues: **105 days** after the issuance of Court's decision on motion regarding exhaustion of administrative remedies;
9. Plaintiff's expert reports due: **90 days** after the issuance of Court's decision on motion regarding exhaustion of administrative remedies;
10. Defendants' expert reports due: **105 days** after the issuance of Court's decision on motion regarding exhaustion of administrative remedies; and
11. Expert depositions shall be completed**: 150 days** after the issuance of Court's decision on motion regarding exhaustion of administrative remedies. The parties shall have their experts ready to be deposed at the time they identify them and produce their reports.
12. All other motions due: **180 days** after the issuance of Court's decision on motion regarding exhaustion of administrative remedies.

IT IS SO ORDERED this 10th day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE