IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS SANDERS,

    Plaintiff,

v.                                                No. CIV 08-895 JB/WPL

JOSEPH WILLIAMS, Secretary of New Mexico
Department of Corrections, ROBERT ULIBARRI,
Warden, Southern New Mexico Correctional
Facility, MICHAEL HEREDIA, Deputy Warden,
Southern New Mexico Correctional Facilities,
DWAYNE SANTISTEVAN, JOE ROMERO,
LIEUTENANT MOORE, MANUEL MARTINEZ,
LAWRENCE JARAMILLO, JOHN DOE 1-10,

    Defendants.

**ORDER REQUIRING PLAINTIFF TO CLARIFY REPRESENTATION
AND TO EXTEND TIME PERIODS SET FORTH IN SCHEDULING ORDER**

    **THIS MATTER** having been brought to the Court on motion of Defendants and there being no opposition to same by counsel for Plaintiff and for good cause shown, it is

    **ORDERED** as follows:

    1.    Plaintiff shall by June 1, 2010 have substitute counsel enter an appearance for him or in the absence of same shall thereafter prosecute his case by himself, pro se;

    2.    The time periods set forth in paragraphs 7 through 12 of the Court's Scheduling Order of June 10, 2009 shall be extended by sixty days, and

    3.    Counsel for Plaintiff, Brian Pori shall deliver to Plaintiff Thomas Sanders a copy of this order by hand and/or by first class mail.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**FRENCH & ASSOCIATES, P.C.**
   Electronically submitted
By:   Ronald Gould, Attorney  
   RONALD GOULD
   500 Marquette NW, Ste. 500
   Albuquerque, NM 87102
   (505) 843-7075 / (505) 243-3482 fax
   Attorneys for Defendants
   rgould@Frenchlawpc.com

Approved as to form and entry:

**INOCENTE, P.C.**

By:  Telephonically approved on 05/17/2010  
   BRIAN A. PORI
   204 Bryn Mawr NE
   Albuquerque, NM 87106
   (505) 255-9088 / (505) 255-9089 fax
   Attorneys for Plaintiff
   poribrian@qwestoffice.net

By:  Telephonically approved on 05/17/2010  
   JACQUELYN ROBINS
   812 Marquette NW
   Albuquerque, NM   87102
   (505) 242-5359 / (505) 247-1954 fax
   Attorney for Plaintiff
   jrobins@nm.net