IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

THOMAS SANDERS,

    Plaintiff,

v.                                    No. CIV 08-00895 JB/WPL

JOSEPH WILLIAMS, *et al.,*

    Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

Plaintiff Thomas Sanders respectfully provides notice to the Court and counsel that he hereby substitutes undersigned counsel as counsel of record in this case in place of Brian Pori and Jacquelyn Robins. Pleadings and correspondence may be directed to Plaintiff's counsel as provided below.

    Respectfully submitted,

    By:   /s/ Submitted electronically 5/21/10
        Stephen Lane
        1121 4th St. NW, Ste 1A
        Albuquerque, NM 87102
        (505) 998-6600 (phone)
        (505) 998-6603 (fax)
        stephen@lanelawoffice.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May, 2010 a true and correct copy of the foregoing was electronically filed via CM/ECF, causing a copy to be electronically served on the following counsel:

Ronald Gould
French and Associates
500 Marquette Ave NW
Albuquerque, NM 87102
(505) 243-3482
rgould@frenchlawpc.com

/s/ Stephen Lane
Stephen Lane